HEATHER E. WILLIAMS, CA BN #122664
Federal Defender
LISA NDEMBU LUMEYA DC BN #90017392
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950
Lisa_Lumeya@fd.org

Counsel for Defendant
AUSTIN J. BILNEY

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:26-cr-00040-KES |
| Plaintiff, | |
| vs. | **STIPULATION TO MODIFY BRIEFING SCHEDULE; ORDER** |
| AUSTIN J. BILNEY, | |
| Defendant. | |

The parties, through respective counsel, Assistant United States Attorney Joshua Banister, counsel for the United States, and Assistant Federal Defender Lisa N. Lumeya, counsel for Austin Bilney, hereby jointly move the Court to modify the briefing schedule in this matter.

On March 19, 2026, a briefing schedule was filed pursuant to Local Rule 422.  ECF No. 15.  The schedule currently requires the initial brief be filed within twenty-one days after receipt of the requested transcript, the response brief twenty-one days after the initial brief, and any reply brief seven days after the response brief.  As the briefing schedule provides, "[t]hese periods may be altered by the assigned Judge upon application of the parties or sua sponte."  *Id.*  The parties have conferred and believe that, based on their respective obligations in other cases, the current briefing schedule does not allow sufficient time for the parties to fully brief the issues in this case.  Accordingly, the parties request the following deadlines:

Appellant's initial brief:  June 10, 2026.

Appellee's response brief:  July 10, 2026.

Appellant's reply brief:  July 24, 2026.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date:  May 11, 2026          /s/ *Joshua Banister*
JOSHUA BANISTER
Assistant United States Attorney
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: May 11, 2026          */s/ Lisa N. Lumeya*
LISA NDEMBU LUMEYA
Assistant Federal Defender
Attorneys for Defendant
AUSTIN J. BILNEY

## **O R D E R**

**IT IS SO ORDERED.**  The briefing schedule in this matter is amended as follows: Appellant's initial brief is due June 10, 2026; Appellee's response brief is due July 10, 2026; and Appellant's reply brief is due July 24, 2026.

IT IS SO ORDERED.

   Dated:   May 11, 2026                                                          
                                       UNITED STATES DISTRICT JUDGE

Bilney – Stipulation to Modify Briefing Schedule; Order

2