ERIC GRANT
United States Attorney
JOSHUA B. BANISTER
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Appellee/Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN JAMES BILNEY,<br><br>Appellant/Defendant,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Appellee/Plaintiff. | Case No. 1:26-cr-00040-KES<br><br>[6:25-mj-00034-HBK]<br><br>PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND ORDER |

The United States of America, by and through Eric Grant, United States Attorney, and Joshua B. Banister, Assistant United States Attorney, hereby requests a brief seven (7) day extension of time to July 17, 2026, in which to file its response brief. This motion is based on the attached declaration of Assistant U.S. Attorney Joshua B. Banister.

DATED: July 13, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ *Joshua B. Banister*
JOSHUA B. BANISTER
Assistant United States Attorney

D E C L A R A T I O N

I, JOSHUA B. BANISTER, declare as follows:

1. I am an Assistant U.S. Attorney for the Eastern District of California. I am familiar with the facts described below.

2. The Appellee's response brief to Bilney's appeal was due July 10, 2026. The Appellee has not previously asked for an extension of time.

3. I was on military reserve duty in Texas July 9 through July 12, 2026. I had fully intended to complete and file the government's brief by the deadline on July 10, 2026, while still in Texas, but, unfortunately, certain military requirements coupled with an emergent problem in another one of my cases, which arose on July 10, caused me to miss the deadline. I have returned from Texas late last night but am still dealing with the fallout of this issue which arose in another case. I therefore need additional time to prepare its final response.

4. The Appellee would agree to an extension of time for Appellant to file his Reply brief.

5. The Appellee/Plaintiff hereby respectfully requests a seven (7) day extension of time until July 17, 2026, to file its response brief herein.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 13th day of July, 2026, at Fresno, California.

/s/ *Joshua B. Banister*
JOSHUA B. BANISTER
Assistant United States Attorney

**<u>O R D E R</u>**

On July 13, 2026, Appellee/Plaintiff requested a seven (7) day extension of time to file its response brief.

IT IS HEREBY ORDERED that, good cause having been shown, Appellee/Plaintiff's request for a seven (7) day extension is granted nunc pro tunc. The response is now due July 17, 2026.

The deadline for appellant Bilney's to file his reply brief is also continued by seven days, to July 31, 2026.

IT IS SO ORDERED.

Dated: July 13, 2026

UNITED STATES DISTRICT JUDGE