HEATHER E. WILLIAMS, CA BN #122664
Federal Defender
LISA NDEMBU LUMEYA DC BN #90017392
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950
Lisa_Lumeya@fd.org

Counsel for Defendant
AUSTIN J. BILNEY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>AUSTIN J. BILNEY,<br>Defendant. | Case No. 1:26-cr-00040-KES<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE; ORDER** |

Defendant Austin Bilney, through counsel, moves to continue the Appellant's reply brief deadline by one week. The government previously indicated it would not oppose a continuance. ECF No. 19, at 2.

On May 11, 2026, this Court granted the parties' stipulation to modify the briefing schedule. ECF No. 17. On July 13, 2026, the government requested a continuance for the Appellee's response brief due July 10, 2026. This Court granted the government's request *nunc pro tunc*, and Mr. Bilney's reply brief deadline was set for July 31.

Mr. Bilney respectfully requests that the briefing schedule be continued by seven days, which would make the reply brief due on or before August 7, 2026. Undersigned counsel is on travel for a work training, and a brief one-week continuance would best ensure effective representation. The government previously indicated it would agree to extending the Appellant's

reply deadline. ECF No. 19, at 2.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 30, 2026

*/s/ Lisa N. Lumeya*
LISA N. LUMEYA
Assistant Federal Defender
Attorney for Defendant
AUSTIN BILNEY

**O R D E R**

**IT IS SO ORDERED.** Mr. Bilney's reply brief deadline, currently scheduled for July 31, 2026, is hereby continued to August 7, 2026.

IT IS SO ORDERED.

Dated: July 30, 2026

UNITED STATES DISTRICT JUDGE